1  PETER HSIAO (SBN 119881)
   *phsiao@kslaw.com*
2  CORY L. BURLESON (SBN 322239)
   *cburleson@kslaw.com*
3  KING & SPALDING LLP
4  633 West Fifth Street, Suite 1600
   Los Angeles, CA 90071
5  Tel: (213) 443-4355
   Fax: (213) 443-4310
6

7  *Attorneys for Defendant*
   BEECH-NUT NUTRITION COMPANY
8

9
                     **UNITED STATES DISTRICT COURT**
10
                     **EASTERN DISTRICT OF CALIFORNIA**
11

12

13 | SHELBY BAKER. on behalf of herself and all others similarly situated, | Case No. 1:21-cv-00266
14 |
15 | Plaintiffs, | **NOTICE OF APPEARANCE**
16 | vs. | FAC Filed:    March 18, 2021
17 | HAIN CELESTIAL GROUP, INC., BEECH-NUT NUTRITION CORPORATION, and GERBER PRODUCTS COMPANY,
18 |
19 | Defendants.

20

21

22

23

24

25

26

27

28

| NOTICE OF APPEARANCE | CASE NO. 1:21-cv-00266 |

PLEASE TAKE NOTICE that Cory L. Burleson of King & Spalding LLP hereby appears as counsel for Defendant Beech-Nut Nutrition Company in this matter. Please direct copies of all papers and pleadings to:

>CORY L. BURLESON
>*cburleson@kslaw.com*
>KING & SPALDING LLP
>633 West Fifth Street, Suite 1600
>Los Angeles, CA 90071
>Telephone:    (213) 443-4355
>Facsimile:    (213) 443-4310

Dated: March 31, 2021                **KING & SPALDING LLP**

By: */s/ Cory L. Burleson*
     CORY L. BURLESON

*Attorney for Defendant*
BEECH-NUT NUTRITION COMPANY