BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

Attorneys for Defendant
GERBER PRODUCTS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY BAKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAIN CELESTIAL GROUP, INC., BEECH-NUT NUTRITION CORPORATION, and GERBER PRODUCTS COMPANY,<br><br>Defendants. | Case No. 1:21-cv-00266-NONE-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE GERBER PRODUCTS COMPANY'S DEADLINE TO ANSWER OR OTHERWISE RESPOND BY 60 DAYS (LOCAL RULE 144(a))**<br><br>(Doc. 14)<br><br>Current Deadline: April 16, 2021<br><br>New Deadline: June 15, 2021<br><br>Judge:  Hon. Magistrate Judge Sheila K. Oberto |

WHEREAS:

1. Plaintiff Shelby Baker served her First Amended Complaint ("FAC") on Defendant Gerber Products Company ("Gerber") on March 26, 2021, such that Gerber's current deadline to file a responsive pleading is April 16, 2021;

2. Gerber seeks an extension of time to answer or otherwise respond to the FAC so it can investigate and analyze the factual allegations and consider whether, and how, this case should be coordinated with the more than 20 other putative class action lawsuits pending in federal courts around the country concerning the alleged presence of heavy metals in certain baby food products manufactured and sold by Gerber;

3. Plaintiff has agreed to extend Gerber's deadline to file a responsive pleading by 60 days from April 16, 2021, to and including June 15, 2021;

4. This is the first extension requested by Gerber, and it is not submitted for purposes of delay; and

5. No other parties are affected by this stipulated extension.

NOW, THEREFORE, IT IS AGREED AND STIPULATED, pursuant to Local Rule 144(a), that Gerber's deadline to respond to the FAC is extended by 60 days from April 16, 2021, through and including June 15, 2021.

Dated: April 13, 2021                                       WHITE & CASE LLP

                                                            By:     /s/ Bryan A. Merryman
                                                                    Bryan A. Merryman

                                                            Attorneys for Defendant
                                                            GERBER PRODUCTS COMPANY

Dated: April 13, 2021                                       BURSOR & FISHER, P.A.

                                                            By:     /s/ Joel D. Smith
                                                                    Joel D. Smith
                                                                    (as authorized on April 12, 2021)

                                                            Attorneys for Plaintiff
                                                            SHELBY BAKER

-2-
STIPULATION TO EXTEND GERBER'S DEADLINE TO RESPOND
Case No. 1:21-cv-00266-NONE-SKO
AMERICAS 107115341

# ORDER

Pursuant to the parties' above stipulation (Doc. 14), and for good cause shown, IT IS HEREBY ORDERED that Defendant Gerber Products Company's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint is extended to June 15, 2021.

IT IS SO ORDERED.

Dated:   **April 14, 2021**                                   /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE