LIVIA M. KISER (SBN 6275283)
*lkiser@kslaw.com*
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 995-6333
Fax: (312) 995-6330

PETER HSIAO (SBN 119881)
*phsiao@kslaw.com*
CORY L. BURLESON (SBN 322239)
*cburleson@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

*Attorneys for Defendant*
BEECH-NUT NUTRITION COMPANY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELBY BAKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAIN CELESTIAL GROUP, INC., BEECH-NUT NUTRITION CORPORATION, and GERBER PRODUCTS COMPANY,<br><br>Defendants. | Case No. 1:21-cv-00266-NONE-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE BEECH-NUT NUTRITION COMPANY'S DEADLINE TO ANSWER OR OTHERWISE RESPOND BY 60 DAYS (LOCAL RULE 144(a))**<br><br>(Doc. 16)<br><br>Current Deadline:   April 16, 2021<br><br>New Deadline:       June 15, 2021 |

# STIPULATION

Plaintiff Shelby Baker and Defendant Beech-Nut Nutrition Company ("Beech-Nut"; with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend Beech-Nut's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint ("FAC") by 60 days to June 15, 2021. In support thereof, the Parties state as follows:

WHEREAS, Plaintiff served her FAC on Beech-Nut on March 26, 2021, such that Beech-Nut's current deadline to answer or otherwise respond is April 16, 2021;

WHEREAS, Beech-Nut seeks an extension of time to answer or otherwise respond to the FAC so it can continue to investigate and analyze the factual allegations as well as consider the best way to coordinate these proceedings with fourteen (14) other similar proposed class action lawsuits pending in the Northern District of New York against Beech-Nut, including the first-filed case, all of which are currently pending before Judge Thomas McAvoy;

WHEREAS, Plaintiff has agreed to extend Beech-Nut's deadline to file a responsive pleading by 60 days, from April 16, 2021 through and including June 15, 2021;

WHEREAS, this is the first extension requested by Beech-Nut, and it is not submitted for the purposes of delay; and

WHEREAS, no other parties are affected by this stipulated extension, and in fact, the other defendant (Gerber Products Company) has already obtained the same extension from the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED by and between the Parties, through their respective counsel of record, subject to the Court's approval, that: Beech-Nut's deadline to answer or otherwise respond to the FAC is extended by 60 days, from April 16, 2021 through and including June 15, 2021.

//
//
//
//
//

[signatures on following page]

| | | |
|---|---|---|
| 1 | Dated: April 15, 2021 | KING & SPALDING LLP |
| 2 | | |
| 3 | | By: */s/ Livia M. Kiser* |
| | | Livia M. Kiser |
| 4 | | |
| 5 | | *Attorney for Defendant* |
| | | BEECH-NUT NUTRITION COMPANY |
| 6 | | |
| 7 | Dated: April 15, 2021 | BURSOR & FISHER, P.A. |
| 8 | | By: */s/ L. Timothy Fisher* |
| 9 | | L. Timothy Fisher |
| 10 | | (as authorized on April 14, 2021) |
| 11 | | *Attorney for Plaintiff* |
| | | SHELBY BAKER |

2

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 16), and for good cause shown, IT IS HEREBY ORDERED that Defendant Beech-Nut Nutrition Company's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint is extended by 60 days, from April 16, 2021, through and including June 15, 2021.

IT IS SO ORDERED.

Dated:   **April 15, 2021**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE