BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

Attorneys for Defendant
GERBER PRODUCTS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY BAKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAIN CELESTIAL GROUP, INC., BEECH-NUT NUTRITION CORPORATION, and GERBER PRODUCTS COMPANY,<br><br>Defendants. | Case No. 1:21-cv-00266-NONE-SKO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MAY 18, 2021 SCHEDULING CONFERENCE AND ASSOCIATED DATES AND DEADLINES**<br><br>(Doc. 19)<br><br>Date:  May 18, 2021<br>Time:  9:45 AM<br>Courtroom:  #7 (6th floor)<br>Judge:  Hon. Magistrate Judge Sheila K. Oberto |

1  Pursuant to Civil Local Rule 143, plaintiff Shelby Baker ("Plaintiff"), and defendants Hain
2  Celestial Group, Inc. ("Hain"), Beech-Nut Nutrition Corporation ("Beech-Nut"), and Gerber
3  Products Company ("Gerber"), by and through their respective counsel of record, hereby stipulate
4  as follows:
5  WHEREAS, on February 25, 2021, Plaintiff filed the original complaint in this action (ECF
6  No. 1), and on March 18, 2021, Plaintiff filed the first amended complaint ("FAC") (ECF No. 4);
7  WHEREAS, this Court granted defendants extensions of time to move, answer, or otherwise
8  respond to the FAC, such that Beech-Nut's response is due by June 15, 2021 (ECF No. 18);
9  Gerber's response is due by June 15, 2021 (ECF No. 17); and Hain's response is due by May 17,
10 2021 (ECF No. 10);
11 WHEREAS, on February 25, 2021, this Court issued an Order Setting Mandatory
12 Scheduling Conference, which set a Fed. R. Civ. P. 16 scheduling conference for May 18, 2021
13 (ECF No. 3);
14 WHEREAS, on March 8, 2021, plaintiffs in a related action pending in the Eastern District
15 of New York filed a motion before the United States Judicial Panel on Multidistrict Litigation
16 ("J.P.M.L.") to transfer this and related actions to the Eastern District of New York for consolidated
17 pretrial proceedings ("MDL Motion").  *See In re: Baby Food Marketing, Sales Practices and*
18 *Products Liability Litigation*, MDL No. 2997, ECF No. 1.  Plaintiff supports the MDL Motion, *see*
19 *id.*, ECF No. 103, and Defendants oppose the MDL Motion, *see id.*, ECF No. 120;
20 WHEREAS, on April 15, 2021, the J.P.M.L. set a hearing on the MDL Motion for May 27,
21 2021.  *See* MDL No. 2997, ECF No. 125;
22 WHEREAS, the parties to this action have met and conferred and have agreed that in the
23 interest of judicial economy and to preserve the Court's and the parties' time and resources, and in
24 light of the fact that the J.P.M.L. may order this action transferred to a different judicial district for
25 consolidated pretrial proceedings, the May 18, 2021 scheduling conference and all associated
26 deadlines should be continued until the J.P.M.L. rules on the MDL Motion;
27 WHEREAS, this is the first continuance of the scheduling conference and associated dates
28 and deadlines requested by the parties; the requested continuance will not impact any previously

-2-

scheduled dates in this action other than those sought to be continued now; and the parties do not seek this continuance for purposes of delay.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action and through their respective counsel, subject to approval from the Court, that:

1. The May 18, 2021 scheduling conference be continued until a date following the J.P.M.L.'s ruling on the pending MDL Motion; and

2. All dates and deadlines associated with the scheduling conference, including the May 11, 2021 deadline for the parties to file the joint scheduling report and the April 28, 2021 deadline for the parties to conduct a conference regarding the joint scheduling report, be vacated, to be re-set for dates associated with the rescheduled date for the scheduling conference.

**IT IS SO STIPULATED.**

Dated:  April 21, 2021                                                 WHITE & CASE LLP

By:      /s/ Bryan A. Merryman
             Bryan A. Merryman

Attorneys for Defendant
GERBER PRODUCTS COMPANY

Dated:  April 21, 2021                                                 KING & SPALDING LLP

By:      /s/ Livia M. Kiser
             Livia M. Kiser
     (as authorized on April 20, 2021)

LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone:  (312) 995-6333
Facsimile:  (312) 995-6330

PETER HSIAO (SBN 119881)
phsiao@kslaw.com
CORY L. BURLESON (SBN 322239)
cburleson@kslaw.com
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355

|   |   |
|---|---|
| 1 | Facsimile: (213) 443-4310 |
| 2 | Attorneys for Defendant<br>BEECH-NUT NUTRITION |
| 3 | CORPORATION |
| 5 | Dated: April 21, 2021    JENNER & BLOCK LLP |
| 6 | By:    /s/ Kate T. Spelman |
| 7 | Kate T. Spelman<br>(as authorized on April 20, 2021) |

Dated: April 21, 2021

JENNER & BLOCK LLP

By:    /s/ Kate T. Spelman
        Kate T. Spelman
  (as authorized on April 20, 2021)

Kate T. Spelman (SBN 269109)
kspelman@jenner.com
Alexander M. Smith (SBN 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

Dated: April 21, 2021

BURSOR & FISHER, P.A.

By:    /s/ Blaire E. Reed
        Blaire E. Reed
  (as authorized on April 21, 2021)

L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
Joel D. Smith (SBN 244902)
jsmith@bursor.com
Blair E. Reed (SBN 316791)
breed@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Attorneys for Plaintiff
SHELBY BAKER

**ORDER**

Pursuant to the parties' above stipulation (Doc. 19), and for good cause shown, it is HEREBY ORDERED that the Scheduling Conference, currently set for May 18, 2021, and all associated dates and deadlines are VACATED.

**By no later than seven (7) days** after the United States Judicial Panel on Multidistrict Litigation rules on the pending motion to transfer this and related actions to the Eastern District of New York for consolidated pretrial proceedings (the "MDL Motion"), the parties shall file a status report updating the Court as to the outcome of the MDL Motion.

IT IS SO ORDERED.

Dated:   **April 22, 2021**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE