**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for Defendant
The Hain Celestial Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY BAKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAIN CELESTIAL GROUP, INC., BEECH-NUT NUTRITION CORPORATION, and GERBER PRODUCTS COMPANY,<br><br>Defendants. | Case No. 1:21-cv-266-NONE-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE HAIN CELESTIAL'S DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 21)<br><br>Current Deadline: May 17, 2021<br>New Deadline: June 15, 2021 |

| | |
|---|---|
| 1 | WHEREAS: |
| 2 | 1. The Hain Celestial Group, Inc.'s current deadline to file a responsive pleading is May 17, |
| 3 | 2021; |
| 4 | 2. The current deadline for Defendants Gerber Products Company and Beech-Nut Nutrition |
| 5 | Corporation to file a responsive pleading is June 15, 2021; |
| 6 | 3. In the interest of uniformity and efficiency, Plaintiff Shelby Baker and Hain Celestial agree |
| 7 | that Hain Celestial's deadline to file a responsive pleading should be June 15, 2021, consistent with the |
| 8 | deadlines of its co-Defendants; |
| 9 | 4. Hain Celestial has previously obtained a 28-day extension of its deadline to file a responsive |
| 10 | pleading pursuant to Local Rule 144(a), which was significantly shorter than the 60-day extensions granted |
| 11 | to Gerber and Beech-Nut; |
| 12 | 5. No other parties are affected by this stipulated extension, as Gerber and Beech-Nut have |
| 13 | separately stipulated to continue their respective deadlines to file a responsive pleading; |
| 14 | NOW, THEREFORE, IT IS AGREED AND STIPULATED, pursuant to Local Rule 144(a), that |
| 15 | Hain Celestial's deadline to respond to the FAC be extended by 29 days from May 17, 2021 to and |
| 16 | including June 15, 2021. |

Dated: May 4, 2021                    BURSOR & FISHER, P.A.


                                       BY: /s/ L. Timothy Fisher (as authorized 5.4.21)
                                              L. Timothy Fisher

                                       Attorneys for Plaintiff
                                       Shelby Baker

| | |
|---|---|
| Dated: May 4, 2021 | JENNER & BLOCK LLP |
| | BY: /s/ Alexander M. Smith |
| | Alexander M. Smith |
| | Attorneys for Defendant |
| | The Hain Celestial Group, Inc. |

## **ORDER**

Before the Court is the stipulation of Plaintiff Shelby Baker and Defendant The Hain Celestial Group, Inc. to continue Defendant's deadline to file a responsive pleading from May 17, 2021 to and including June 15, 2021. (Doc. 21.)

Having considered the parties' stipulation, and good cause appearing therefor, the Court GRANTS the stipulated request and CONTINUES Defendant Hain Celestial Group, Inc.'s deadline to file a responsive pleading from May 17, 2021, to and including June 15, 2021.

IT IS SO ORDERED.

Dated: **May 5, 2021**            /s/ *Sheila K. Oberto*
                            UNITED STATES MAGISTRATE JUDGE