BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendant
GERBER PRODUCTS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY BAKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAIN CELESTIAL GROUP, INC., BEECH-NUT NUTRITION CORPORATION, and GERBER PRODUCTS COMPANY,<br><br>Defendants. | Case No. 1:21-cv-00266-NONE-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS' DEADLINE TO MOVE, ANSWER, OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT (LOCAL RULE 144(A))**<br><br>(Doc. 23)<br><br>Current Deadline: June 15, 2021<br><br>New Deadline: 30 days after order on forthcoming motion to sever and transfer<br><br>Judge: Hon. Magistrate Judge Sheila K. Oberto |

WHEREAS:

1. Plaintiff Shelby Baker served her First Amended Complaint ("FAC") on Defendant Gerber Products Company ("Gerber") on March 26, 2021, on Defendant Beech-Nut Nutrition Company ("Beech-Nut") on March 26, 2021, and on Defendant Hain Celestial Group, Inc. ("Hain") on March 29, 2021, respectively;

2. This Court extended defendants' deadlines to move, answer, or otherwise respond to the FAC to June 15, 2021 (ECF Nos. 17, 18, 22);

3. On June 7, 2021, the Judicial Panel on Multidistrict Litigation ("JPML") denied a motion to transfer this and related actions to the Eastern District of New York for consolidated pretrial proceedings. *See In re Baby Foods Marketing, Sales Practices and Product Liability Litig.*, MDL No. 2997, Docket No. 1 ("MDL Motion");

4. Defendants intend to file a motion to sever plaintiff's claims against each defendant and transfer plaintiff's claims against Beech-Nut to the Northern District of New York, plaintiff's claims against Gerber to the District of New Jersey, and plaintiff's claims against Hain to the Eastern District of New York, where a critical mass of related actions against each respective defendant is already pending;

5. It is in the interests of judicial economy and preserving judicial and party resources to continue the deadline for defendants to move, answer, or otherwise respond to the FAC, until the Court rules on defendants' forthcoming motion to sever and transfer;

6. This is the second extension of time to respond to the complaint requested by defendants Beech-Nut and Gerber and the third extension requested by defendant Hain, and it is not submitted for the purpose of delay, but rather to advance judicial economy and preserve judicial and party resources.

NOW, THEREFORE, IT IS AGREED AND STIPULATED, pursuant to Local Rule 144(a), that the current June 15, 2021 deadline for defendants to respond to the FAC be vacated; defendants shall file their motion to sever and transfer within 30 days of the JPML's June 7, 2021 decision on the MDL motion; and defendants' deadline to move, answer, or otherwise respond to the FAC shall be 30 days following any denial of defendants' motion to sever and transfer.

| | | |
|---|---|---|
| Dated: June 7, 2021 | | WHITE & CASE LLP |

By:    /s/ Bryan A. Merryman
       Bryan A. Merryman

Attorneys for Defendant
GERBER PRODUCTS COMPANY

Dated: June 7, 2021                           KING & SPALDING LLP

By:    /s/ Livia M. Kiser
       Livia M. Kiser
  (as authorized on June 7, 2021)

LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 995-6333
Fax: (312) 995-6330

PETER HSIAO (SBN 119881)
phsiao@kslaw.com
CORY L. BURLESON (SBN 322239)
cburleson@kslaw.com
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

Attorneys for Defendant
BEECH-NUT NUTRITION COMPANY

Dated: June 7, 2021                           JENNER & BLOCK LLP

By:    /s/ Alexander M. Smith
       Alexander M. Smith
  (as authorized on June 7, 2021)

ALEXANDER M. SMITH (SBN 295187)
asmith@jenner.com
KATE T. SPELMAN (SBN 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100

| | |
|---|---|
| 1 | Facsimile: (213) 239-5199 |
| 2 | Attorneys for Defendant<br>THE HAIN CELESTIAL GROUP, INC. |
| 3 | |
| 4 | Dated: June 7, 2021    BURSOR & FISHER, P.A. |
| 5 | By:     /s/ Joel D. Smith     |
| 6 | Joel D. Smith<br>(as authorized on June 7, 2021) |
| 7 | L. TIMOTHY FISHER (SBN 191626) |
| 8 | ltfisher@bursor.com<br>JOEL D. SMITH (SBN 244902) |
| 9 | jsmith@bursor.com<br>BLAIR E. REED (SBN 316791) |
| 10 | breed@bursor.com<br>1990 North California Blvd., Suite 940 |
| 11 | Walnut Creek, CA 94596 |
| 12 | Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700 |
| 13 | |
| 14 | Attorneys for Plaintiff<br>SHELBY BAKER |

**ORDER**

Pursuant to the parties' above stipulation (Doc. 23), and for good cause shown, **IT IS HERBY ORDERED** as follows:

1. The current June 15, 2021 deadline for Defendants to move, answer, or otherwise respond to the First Amended Complaint ("FAC") is vacated;

2. Defendants shall file their motion to sever and transfer within 30 days of the JPML's June 7, 2021 decision on the MDL motion;

3. Defendants shall move, answer, or otherwise respond to the FAC within 30 days following any denial of defendants' motion to sever and transfer; and

4. An initial scheduling conference is set for **February 24, 2022, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.** The parties shall file their joint scheduling report by no later than February 17, 2022.

IT IS SO ORDERED.

Dated: **June 8, 2021**           /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE

-5-
STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND
Case No. 1:21-cv-00266-NONE-SKO
AMERICAS 107845859